```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION


CHARLES GIBSON, JR.,

              Plaintiff,
v.                                  Case No. 8:11-cv-949-T-33EAJ

GEZA SCAP, et al.,

              Defendants.
                                       /
```

**ORDER**

This matter is before the Court pursuant to Defendants' Motion to Stay Proceedings. (Doc. # 48). Plaintiff Gibson filed a Response in opposition thereto. (Doc. # 49). For the reasons that follow, the motion will be denied.

In the motion, Defendants seek a stay of the case until the Court enters its ruling on the pending Motion to Dismiss (Doc. # 3) and Motion to Transfer (Doc. # 17). Defendants wish to avoid incurring attorneys' fees, costs and expenses in responding to discovery should their motions be granted. (Doc. # 48 at 2).

The Court "must take an active role in managing cases on [its] docket." Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1366 (11th Cir. 1997). If this Court were to grant the motion, the dates established in the Case Management and Scheduling Order would be meaningless. Thus, the case would

not be on track for a speedy determination, as required by Rule 1 of the Federal Rules of Civil Procedure.

As stated in <u>Chudasama</u>, 123 F.3d at 1366, this Court enjoys broad discretion "in deciding how best to manage the cases before [it]" and, under the circumstances of this case, the Court determines that it is appropriate to deny the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED:**

Defendants' Motion to Stay Proceedings (Doc. # 48) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>29th</u> day of September, 2011.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record

2